FILED
2023 APR 19 AM 10:26
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOHN BUI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DISTRICT COURT OF MINNESOTA, et al.,<br><br>Defendants. | **ORDER ADOPTING RECOMMENDATION AND DISMISSING CASE**<br><br>Case No. 1:22-cv-00065-BSJ-CMR<br><br>District Judge Bruce S. Jenkins<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Cecilia M. Romero on February 15, 2023, recommending this action be dismissed pursuant to Rule 41 as a result of Plaintiff's failure to specify the relief sought after being ordered to do so.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service.[1] Plaintiff did not file any objection and no defendant has been served or appeared.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court adopts the recommendation, finding Plaintiff failed to put forth any discernable request for relief. Plaintiff's Complaint sets forth a number of seemingly unrelated allegations touching on subjects from online dating to law firms in Shanghai.[2] Additionally, Plaintiff's filings in response to the Magistrate Judge's orders to clarify his pleadings

---

[1] *See* R. & R. (ECF No. 11).
[2] *See* Compl. (ECF No. 1).

likewise contain a list of seemingly unconnected grievances against various individuals and entities who are not parties in this matter.

## ORDER

Based on the foregoing, the court ADOPTS the Report and Recommendation and DISMISSES Plaintiff's Complaint without prejudice.

DATED this 19th day of April 2023.

Bruce S. Jenkins
United States Senior District Judge

4821-8584-0232v1